## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **IN RE.:** | * | **CASE NO.: 11-01903-SEK13** |
| | * | |
| **CAMILLE PEREZ FELICIANO** | * | |
| | * | |
| **Debtor (s)** | * | **CHAPTER 13** |
| | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed a **Chapter13 Plan Dated March 9, 2011** for debtor's petition with the Clerk of the Court using a CM/ECF System which sends notification of such filing **to US Trustee, Mrs. Monsita Lecaroz Arribas,Esq.,ustpregion21.hrecf@usdoj.gov ; Chapter 13 Trustee**; and counsels for true creditors if are users of the CM/ECF System. I further certify that I have served copy of these schedules thereof in the US Mail to the non CM/ECF participants, and to all parties in interest as per attached Master Address List, copy of which was attached to the original of this document.

In Mayagüez, Puerto Rico this 9th day of March 2011.

/s/ Gloria M. Justiniano Irizarry
**GLORIA M. JUSTINIANO IRIZARRY**
**ATTORNEY FOR DEBTOR**
**USDC-PR-207603**
**53 A. RAMIREZ SILVA ST.**
**ENSANCHE MARTINEZ**
**MAYAGUEZ, P.R. 00680-4714**
**TEL: (787) 831-2577 & (787) 805-2945**
**FAX: (787) 805-7350**
**E-MAIL: gloriae55amg@yahoo.com**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE: CAMILLE PEREZ FELICIANO

BK. CASE # 11-01903-SEK

DEBTOR(S)

CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** ● The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. ● This plan does not allow claims. Any party entitled to receive disbursements form the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and / or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan. ● See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [✓] directly [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
[ ] 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED:** March 9, 2011
[✓] PRE [ ] POST-CONFIRMATION

[ ] **AMENDED PLAN DATED:** _____
FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ | 150 | x | 60 | = $ 9,000 |
| $ | | x | | = $ 0 |
| $ | | x | | = $ 0 |
| $ | | x | | = $ 0 |
| $ | | x | | = $ 0 |
| | TOTAL = | 60 | $ | 9,000 |

Additional Payments:
$_____ to be paid as a LUMP SUM
within _____ with proceeds to come from
[ ] Sale of property identified as follows:
_____
_____
_____

[ ] Other: _____
_____
_____

Periodic Payments to be made other than and in addition to the above.
$_____ x _____ = $ 0
To be made on: _____

**PROPOSED PLAN BASE: $** 9,000

### II. ATTORNEY'S FEES

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 2,800

b. Fees Paid (Pre-Petition): ($ 626 )

c. R 2016 Outstanding balance: $ 2,174

d. Post Petition Additional Fees: $ _____

e. Total Compensation: $ 2,800

Signed: _____
DEBTOR   /s/CAMILLE PEREZ FELICIANO

JOINT DEBTOR _____

### III. DISBURSEMENT SCHEDULE SEQUENCE

**A. SECURED CLAIMS:** [ ] Debtor represents that there are no secured claims.
[✓] Secured creditors will retain their liens and shall be paid as follows:

[ ] **ADEQUATE PROTECTION** Payments: Cr. _____ $ _____

[ ] Trustee will pay secured **ARREARS:**
Cr. _____ Cr. _____ Cr. _____
Acct. _____ Acct. _____ Acct. _____
$ _____ $ _____ $ _____

[ ] Trustee will pay **REGULAR MONTHLY PAYMENTS:**
(please refer to the above related notice, for important information about this provision)
Cr. _____ Cr. _____ Cr. _____
Acct. _____ Acct. _____ Acct. _____
Monthly Pymt.$ _____ Monthly Pymt.$ _____ Monthly Pymt.$ _____

[ ] Trustee will pay **IN FULL** Secured Claims:
Cr. _____ Cr. _____ Cr. _____
$ _____ $ _____ $ _____

[ ] Trustee will pay **VALUE OF COLLATERAL:**
Cr. _____ Cr. _____
$ _____ $ _____

[ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
Cr. _____ Ins. Co. _____ Premium:$ _____
(Please indicate in "Other Provisions" the insurance coverage period)

[✓] Debtor SURRENDERS COLLATERAL TO Lien Holder: Shares Coop Anasco, Coop BCU

[ ] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
_____

**B. PRIORITIES.** The Trustee will pay §507priorities in accordance with the law [§1322 (a)(2)].
_____

**C. UNSECURED PREFERRED:** Plan [✓] Classifies [ ] Does not Classify Claims.

[ ] Class A: [✓] Co-debtor Claims: [ ] Pay 100% / [✓] Pay Ahead":
[ ] Class B: [ ] Other Class:
[✓] Cr. BCU [ ] Cr. _____ [ ] Cr. _____
$ _____ $ _____ $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ _____ )
[ ] Will be paid 100% plus _____% Legal Interest. [ ] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**
Tax refund will be devoted each year, as periodic payments, to the plan's funding
until plan completion. The tender of such payments shall deem the plan modified
by such amount, increasing the base thereby without the need of further notice,
hearing or Court order. If need be for the use by debtor(s) of a portion of such refund,
debtor(s) shall seek court's authorization prior to any use of funds.

ATTORNEY FOR DEBTOR /s/Gloria M. Justiniano Irizarry Phone: (787) 831-2577

Perez Feliciano, Camille
PO Box 1267
Anasco, PR  00610

Gloria Justiniano
Esache Martinez
Calle A Ramirez Silva 8
Mayaguez, PR  00680-3903

Alma Financial
Suite 402
1701 W. Hills Boro Blvd.
Deerfield Beach, FL  33442

Baxter Credit Union
PO Box 8133
Vernon Hills, IL  60061-8133

Citifinancial
PO Box 28
San Juan, PR  00926-0028

Coop. A/C Anasco
PO Box 489
Agaudilla, PR  00605-0489

First Bank
PO Box 13817
San Juan, PR  00908-3817

Juan Perez
Anasco, PR  00610

Sams
PO Box 960013
Orlando, FL  32896-0013